KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
'07 NOV 19 PM 4:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP   DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2000 MERCEDES BENZ CL500 COUPE, CA LICENSE NO. DPU9015, VIN WDBPJ75JXYA003983, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2000 FORD MUSTANG COUPE, CA LICENSE NO. 4JRX424, VIN 1FAFP42X6YF184625, ITS TOOLS AND APPURTENANCES,<br><br>$3,356.00 IN U.S. CURRENCY,<br><br>Defendants. | Civil No. 07CV2204 WQH (NLS)<br><br>COMPLAINT FOR FORFEITURE |

By way of complaint against the defendants,

ONE 2000 MERCEDES BENZ CL500 COUPE, CA LICENSE NO. DPU9015, VIN WDBPJ75JXYA003983, ITS TOOLS AND APPURTENANCES,

ONE 2000 FORD MUSTANG COUPE, CA LICENSE NO. 4JRX424, VIN 1FAFP42X6YF184625, ITS TOOLS AND APPURTENANCES,

$3,356.00 IN U.S. CURRENCY,

(hereinafter "defendants"), the United States of America alleges:

//

2007V00485:DMM:mia

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Sections 1345 and 1355, and Title 21, United States Code, Section 881.

2. Venue is proper in this district pursuant to Title 21, United States Code, 881(j) because the acts or omissions giving rise to the forfeiture occurred in this district.

3. In July 2006, Bureau of Narcotic Enforcement agents obtained information from a concerned citizen relating to Adam Levy ("Levy") selling large quantities of prescription drugs out of his residence on Comuna drive in Poway, California. These drugs included Vicodin, Norco, and OxyContin.

On July 16, 2006, agents conducted surveillance on Levy's residence and observed an individual later identified as Allen Scheinok ("Scheinok") park in front of the residence and go inside for about twenty minutes. Agents observed Scheinok leave the residence; they then followed his vehicle away from the residence. A sheriff deputy conducted a traffic stop on Scheinok after he was weaving and driving well below the posted speed limit. Scheinok was arrested for driving under the influence of drugs, and his vehicle was searched. In his vehicle officers located eleven tablets of 80 mg Oxycontin and 28 tablets of 10 mg Ritalin. It was determined that Scheinok did not have a valid prescription for these narcotics.

On May 16, 2007, agents once again conducted surveillance on Levy's residence. Agents again observed Scheinok park at the residence and enter through the front door. Agents followed Scheinok as he left the residence until he parked in a parking lot of the Salvation Army Thrift Store. Agents saw Scheinok speaking with a female later identified as Michelle Toriz ("Toriz") outside Scheinok's vehicle. Agents observed what appeared to be a transaction between the two, and Toriz got back in her vehicle. Both vehicles were stopped by officers to investigate the exchange they had witnessed. During a search of Toriz' purse, agents located 5 green 80 mg tablets of Oxycontin. Agents also searched Scheinok's vehicle and found 11 green 80 mg tablets of Oxycontin in a black briefcase which agents had observed Scheinok carry out of Levy's residence. Inside the vehicle agents found an additional 25 green tablets of Oxycontin, and 46 white tablets of Ritalin.

Based on the information they had gathered, agents executed a search warrant at Levy's residence on May 21, 2007. Inside Levy's residence agents located 24 tablets Oxycontin, 114 tablets

of Valium from Mexico, 446 tablets of Ritalin from Mexico, 18 tablets of Xanax, and 45 grams of marijuana. Items consistent with packaging narcotics for sale were also located. In addition to the narcotics and packaging materials, agents located several items which appeared to be pay and owe sheets. One such pay and owe sheet was found inside the defendant 2000 Mercedes Benz. During the search, $3,356.00 in United States currency was located on Levy's night stand. Agents found two expensive vehicles at the residence, a black 2000 Mercedes Benz CL500 Coupe and a 2000 Ford Mustang Coupe. There were also several firearms and ammunition located within the home. Levy denied selling narcotics and claimed all of his money was from disability payments, casino winnings, Social Security, and an injury settlement. Levy was asked about the Mercedes and first responded that he had won it, he later claimed he paid $50,000 for it in 2004. Levy said the Mustang had no mileage on it, and he had recently paid $8,000 to have it painted.

<u>Count 1</u>

ONE 2000 MERCEDES BENZ CL500 COUPE

4. Paragraphs 1-3 are incorporated as a part hereof.

5. On and/or prior to July 16, 2006, the Count 1 defendant vehicle was used and was intended to be used to transport and/or to facilitate the transportation, and/or sale, and/or receipt, and/or possession, and/or concealment of a controlled substance in violation of Title 21 of the United States Code, Section 881(a)(4).

6. Alternatively, on and/or prior to July 16, 2006, the Count 1 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881(a)(6).

7. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 1 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4) and/or (a)(6).

8. The Count 1 defendant vehicle is presently stored within the jurisdiction of this Court.

9. The value of the Count 1 defendant vehicle is approximately $25,825.00.

//
//

## Count 2

### ONE 2000 FORD MUSTANG COUPE

10. Paragraphs 1-3 are incorporated as a part hereof.

11. On and/or prior to July 16, 2006, the Count 2 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881(a)(6).

12. Because of the aforementioned acts or uses alleged herein, the Count 2 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

13. The Count 2 defendant vehicle is presently stored within the jurisdiction of this Court.

14. The value of the Count 2 defendant vehicle is approximately $10,575.00.

## Count 3

### $3,356.00 IN U.S. CURRENCY

15. Paragraphs 1-3 are incorporated as a part hereof.

16. On and/or prior to July 16, 2006, the Count 3 defendant currency was furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

17. Alternatively, on and/or prior to July 16, 2006 the Count 3 defendant currency represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

18. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 3 defendant currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

//
//
//

19. The Count 3 defendant currency is presently stored within the jurisdiction of this Court.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendants, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: November 19, 2007

KAREN P. HEWITT
United States Attorney

*/s/ David McNees*

DAVID M. McNEES
Special Assistant U.S. Attorney



| | |
|---|---|
| 1 | |
| 2 | **VERIFICATION** |

I, Kyle Maki, hereby state and declare as follows:

1. I am a Special Agent with the United States Drug Enforcement Administration

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on 19 NOV 2007.

KYLE MAKI, Special Agent
Drug Enforcement Administration

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | ONE 2000 MERCEDES BENZ CL500 COUPE, et al. |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
| SAUSA DAVID M. McNEES<br>880 FRONT STREET, ROOM 6293<br>SAN DIEGO, CA 92101-8893<br>(619) 557-5979 | RICHARD M. BARNETT, ESQ.<br>105 WEST F STREET, 4TH FLOOR<br>SAN DIEGO CA 92101<br>(619) 231-1182 |

FILED
07 NOV 19 PM 4:01
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2204 WQH (NLS)
BY: ___

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- [x] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

TITLE 21, UNITED STATES CODE, SECTION 881(a)(4) and (a)(6)

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of &Enforcement of Judgment | | ☐ 368 Asbestos Personal Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Exchange |
| ☐ 153 Recovery of of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards | ☐ 863 DIWW/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic |
| ☐ 195 Contract Product | | | | FEDERAL TAX SUITS | ☐ 893 Environmental |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. or Defendant) | ☐ 894 Energy Allocation |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Habeas Corpus | ☐ 790 Other Labor | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Under Equal Access to |
| ☐ 230 Rent Lease & | ☐ 443 | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory |
| ☐ 290 All Other Real | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appelate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:   JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See    JUDGE    Docket Number

DATE: 11/19/07    [signature: David McNees]    SIGNATURE OF ATTORNEY OF RECORD: DAVID M. McNEES, SAUSA