Case 3:07-cv-02204-WQH-NLS   Document 3   Filed 11/21/2007   Page 1 of 2

FILED

07 NOV 21 AM 8: 35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 2000 MERCEDES BENZ CL500 COUPE, CA LICENSE NO. DPU9015, VIN WDBPJ75JXYA003983, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2000 FORD MUSTANG COUPE, CA LICENSE NO. 4JRX424, VIN 1FAFP42X6YF184625, ITS TOOLS AND APPURTENANCES,<br><br>$3,356.00 IN U.S. CURRENCY,<br><br>    Defendants. | Civil 07CV 2204 WQH (NLS)<br><br>ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT CURRENCY INTO THE SEIZED ASSETS DEPOSIT ACCOUNT |

    Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant properties during the time they remain in the custody of this Court under its process herein,

    IT IS HEREBY ORDERED that upon the arrest of the defendant properties, the United States Marshal shall be custodian of the defendant properties on behalf of this Court until further order, and

//

//

//

1    IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currency
2  in the Seized Assets Deposit Account which shall be substituted as the <u>res</u> in this action.
3    DATED:
       11/20/07

                                              _____
                                              UNITED STATES DISTRICT JUDGE