UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 NOV 28 PM 9:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>         v.<br><br>ONE 2000 MERCEDES BENZ CL500 COUPE, CA LICENSE NO. DPU9015, VIN WDBPJ75JXYA003983, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2000 FORD MUSTANG COUPE, CA LICENSE NO. 4JRX424, VIN 1FAFP42X6YF184625, ITS TOOLS AND APPURTENANCES,<br><br>$3,356.00 IN U.S. CURRENCY,<br><br>                   Defendants. | Civil No. '07CV2204 WQH (NLS)<br><br>WARRANT FOR ARREST<br>IN ACTION IN REM |

RECEIVED 2007 NOV 26 A 11:20 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

TO: UNITED STATES MARSHAL
    SOUTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to attach the defendants,

   ONE 2000 MERCEDES BENZ CL500 COUPE, CA LICENSE NO. DPU9015, VIN WDBPJ75JXYA003983, ITS TOOLS AND APPURTENANCES,

   ONE 2000 FORD MUSTANG COUPE, CA LICENSE NO. 4JRX424, VIN 1FAFP42X6YF184625, ITS TOOLS AND APPURTENANCES,

   $3,356.00 IN U.S. CURRENCY,

in the above-entitled action, and to detain the same in your custody until further order of the Court, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and forfeited to the United States pursuant to the prayer of the Complaint on file herein, that they must file their claims with the Clerk of this Court within 30 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

//

//

| | |
|---|---|
| 1 | YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon |
| 2 | promptly after execution thereof. |
| 3 | DATED: |

W. SAMUEL HAMRICK, JR., Clerk

By _____

(SEAL)