1  RICHARD M. BARNETT, Esq.
   Attorney at Law
2  #65132
   105 West F Street, 4th Floor
3  San Diego, CA 92101
   Telephone: (619) 231-1182
4

5  Attorney for Claimant
   ADAM LEVY
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,            )   Case No. 07-CV-2204-WQH(NLS)
11                                       )
                Plaintiff,               )   **CLAIM OF ADAM LEVY**
12                                       )
         vs.                             )
13                                       )
   ONE 2000 MERCEDES BENZ CL500          )
14 COUPE, CA LICENSE NO. DPU9015         )
   VIN WDBPJ75JXYA003983, ITS TOOLS      )
15 AND APPURTENANCES,                    )
                                         )
16 ONE 200 FORD MUSTANG COUPE,           )
   CA LICENSE NO. 4JRX424, VIN           )
17 1FAFP42X6YF184625, ITS TOOLS          )
   AND APPURTENANCES,                    )
18                                       )
   $3,356.00 IN U.S. CURRENCY,           )
19                                       )
                Defendants.              )
20 _____)

21       Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, I, ADAM

22 LEVY, hereby demand the return and restitution of the defendant properties, and claim the right to

23 defend this action as an individual with an ownership interest in said properties.

24       I declare under penalty of perjury the foregoing is true and correct.

25       Executed this _24_ day of January, 2008, at Poway, CA.

26

27                                                    _____
                                                      ADAM LEVY, Claimant
28

## **CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on January 25, 2008, I have caused service of Claim of Adam Levy on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of January, 2008, at San Diego, California.

                                          s/ Richard M. Barnett
                                          RICHARD M. BARNETT