| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DAVID M. McNEES |
| | Special Assistant U.S. Attorney |
| 3 | California State Bar No. 216612 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5979 |
| | E-mail: david.mcnees@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 07cv2204-WQH(NLS) |
| | ) | |
| Plaintiff, | ) | DECLARATION OF AND |
| | ) | REQUEST FOR CLERK'S |
| v. | ) | ENTRY OF DEFAULT AS |
| | ) | TO ALL POTENTIAL |
| ONE 2000 MERCEDES BENZ CL500 | ) | CLAIMANTS EXCEPT |
| COUPE, CA LICENSE NO. DPU9015, | ) | ADAM LEVY |
| VIN WDBPJ75JXYA003983, ITS TOOLS | ) | |
| AND APPURTENANCES, | ) | |
| | ) | |
| ONE 2000 FORD MUSTANG COUPE, | ) | |
| CA LICENSE NO. 4JRX424, VIN | ) | |
| 1FAFP42X6YF184625, ITS TOOLS | ) | |
| AND APPURTENANCES, | ) | |
| | ) | |
| $3,356.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |

I, David M. McNees, Special Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case as to all potential claimants except Adam Levy for the following reasons:

On November 19, 2007, a verified complaint was filed in the above action in the United States District Court for the Southern District of California against the above-named defendant properties, ONE 2000 MERCEDES BENZ CL500 COUPE, et al. On November 28, 2007, the defendants were seized and arrested by a duly authorized United States Marshal, who

//

1  thereafter took possession and custody of the defendants, pursuant to the Court's Order appointing
2  the United States Marshal as custodian, dated November 20, 2007.
3  On December 5, 12 and 19, 2007, pursuant to Rule G(5) of the Supplemental Rules for
4  Admiralty or Maritime and Asset Forfeiture Claims, notice was published in the San Diego
5  Commerce newspaper.
6  On December 28, 2007, Notice of Judicial Forfeiture Proceedings and a copy of the
7  Complaint for Forfeiture were sent by United States mail to the following potential claimant at his
8  attorney's address of record:

> Adam Craig Levy
> c/o Richard M. Barnett
> Attorney at Law
> 105 West F Street, 4th Floor
> San Diego CA  92101

12  On January 18, 2008, Attorney Richard M. Barnett indicated by telephone that he had
13  received the Notice of Judicial Forfeiture Proceedings on behalf of his client, who intended to file
14  a claim to the defendant properties.  On January 25, 2008, Adam Levy electronically filed a claim
15  to the three defendant properties, which claim was filed as document number 6 in this case.
16  From the time of said notice, no claim or answer has been filed regarding the above-named
17  defendant property by anyone except Adam Levy.
18  For the foregoing reasons, it is requested that the Clerk of the Court enter a default against
19  the defendant properties as to any and all potential claimants except Adam Levy.
20  I declare under penalty of perjury that the foregoing is true and correct.
21  Executed on this 25th day of January, 2007.

s/ David M. McNees
DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: david.mcnees@usdoj.gov

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cv2204-WQH(NLS) |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| ONE 2000 MERCEDES BENZ CL500 COUPE, CA LICENSE NO. DPU9015, VIN WDBPJ75JXYA003983, ITS TOOLS AND APPURTENANCES, | ) ) ) ) ) | |
| ONE 2000 FORD MUSTANG COUPE, CA LICENSE NO. 4JRX424, VIN 1FAFP42X6YF184625, ITS TOOLS AND APPURTENANCES, | ) ) ) ) ) | |
| $3,356.00 IN U.S. CURRENCY, | ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY CERTIFIED that:

I, David M. McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of DECLARATION OF AND REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO ALL POTENTIAL CLAIMANTS EXCEPT ADAM LEVY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.   Richard M. Barnett, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2008.

                                              s/ David M. McNees
                                              DAVID M. McNEES