# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff<br><br>vs<br><br>One 2000 Mercedes Benz CL500 Coupe, CA License No. DPU9015, VIN WDBPJ75JXYA003983; One 2000 Ford Mustang Coupe, CA License No. 4JRX424, VIN 1FAFP42X6YF184625; Currency US $3,356.00<br><br>Defendants | Civil No.   07cv2204-WQH-NLS<br>DEFAULT |

It appears from the records in the above-entitled action that notice of the Original Complaint filed on November 19, 2007, has been regularly served upon All Potential Claimants; and it appears from the records herein that All Potential Claimants, except Adam Levy, have failed to plead or otherwise defend in said action as required by said notice and as provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of the following is hereby entered.

All Potential Claimants, EXCEPT Adam Levy

**Entered On:**
1/28/2008

W. SAMUEL HAMRICK, JR., CLERK

By: _____
M. Cruz, Deputy