1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>ONE 2000 MERCEDES BENZ CL500 COUPE, CA LICENSE NO. DPU9015, VIN WDBPJ75JXYA003983, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2000 FORD MUSTANG COUPE, CA LICENSE NO. 4JRX424, VIN 1FAFP42X6YF184625, ITS TOOLS AND APPURTENANCES,<br><br>$3,356.00 IN U.S. CURRENCY,<br><br>               Defendants. | Civil No. 07cv2204-WQH(NLS)<br><br>JUDGMENT<br>OF FORFEITURE |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. The two defendant vehicles,

    ONE 2000 MERCEDES BENZ CL500 COUPE, CA LICENSE NO. DPU9015, VIN WDBPJ75JXYA003983, ITS TOOLS AND APPURTENANCES,

//

//

ONE 2000 FORD MUSTANG COUPE, CA LICENSE NO. 4JRX424, VIN 1FAFP42X6YF184625, ITS TOOLS AND APPURTENANCES,

shall be returned to Claimant through his attorney of record.

2. The defendant currency, $3,356.00 IN U.S. CURRENCY, is hereby forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881. Judgment is entered in favor of the United States on its complaint.

3. Claimant shall pay $750.00 to the United States Marshals Service ("USMS") for costs in this case. The remainder of costs incurred by the United States incident to the seizure and custody of the two defendant vehicles and the defendant currency shall be borne by the United States.

4. The person or persons who made the seizures or the prosecutor shall not be liable to suit or judgment on account of such seizures in accordance with Title 28, United States Code, Section 2465. Claimant has agreed that by entering into the joint motion, he has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. Each party shall bear its own costs and expenses, including attorney's fees.

5. Claimant has warranted and represented as a material fact that he is the sole owner of the defendants and further warranted that no other person or entity has any right, claim or interest in the defendants, and that he will defend and indemnify the United States against any and all claims made against it on account of the seizure of the defendants and forfeiture of the defendant currency.

6. The claimant, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendants.

//

//

//

7. Following forfeiture of the defendant currency and return of the two defendant vehicles to Claimant for $750.00 as described above, the case shall be closed.

Let judgment be entered accordingly.

DATED: March 11, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge