**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 07cv2204 WQH(NLS) |
| DEFENDANT: ONE 2000 MERCEDES BENZ CL500 COUPE, et al. | TYPE OF PROCESS: ARREST AND PUBLICATION |

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2008 MAR 13 A 8:54

2008 MAR 26 AM [illegible]
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
DRUG ENFORCEMENT ADMINISTRATION

ADDRESS: 4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID M. McNEES, Special Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

DEA Case No. R2-07-2036; CATS IDs 07-DEA-487819, 487822, and 487823

Attached are four copies of the Judgment of Forfeiture, along with four copies of the Joint Motion in this case. Please return the two defendant vehicles to Claimant Adam Craig Levy upon his payment of $750.00 towards costs, through his attorney of record, Richard M. Barnett, 105 West F Street, 4th Floor, San Diego CA 92101, (619) 231-1182. Forfeit the defendant currency to the United States according to the terms of the Judgment of Forfeiture and according to law. The remainder of the costs shall be borne by the United States.

Signature of Attorney or other Originator requesting service on behalf of: [signature] DAVID M. McNEES [SAUSA]  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (619) 557-7366
DATE: 3/12/08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 3-13-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above): June Wescott, Group Asst.

Date of Service: 03/21/08   Time: 11:46 am

Signature of U.S. Marshal or Deputy: [signature] #38[illegible]

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|
| $45.00 | $9.38 | | $54.38 | | |

REMARKS: Publish 3/28, 4/04, 4/11/08.

PRIOR EDITIONS MAY BE USED   SEND ORIGINAL + 2 COPIES to USMS.   FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt