# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

**FILED JUN 05 2008** CLERK, SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 07cv2204-WQH(NLS) |
| DEFENDANT: ONE 2000 MERCEDES BENZ CL500 COUPE, et al | TYPE OF PROCESS: DISPOSITION 2: CHECK TRANSMITTAL |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

~~DRUG ENFORCEMENT ADMINISTRATION~~   U.S. MARSHALS SERVICE

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

~~4560 Viewridge Avenue, San Diego, California 92123-1631~~

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID M. McNEES, Special Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

DEA Case No. R2-07-2036; CATS IDs 07-DEA-487819, 487822, and 487823

Attached is Union Bank of California Cashier's Check #0979000323 in the amount of $750.00. This check completes the disposition of this case. Please refer to attached copies of the Judgment of Forfeiture, in which paragraph 3 states that $750.00 towards costs would be paid by Claimant Adam Craig Levy through his attorney of record, Richard M. Barnett. Please return the two defendant vehicles to Claimant through Mr. Barnett, 105 West F Street, 4th Floor, San Diego CA 92101, (619) 231-1182.

Signature of Attorney or other Originator requesting service on behalf of:
*David M. McNees/mia* — DAVID M. McNEES [SAUSA]   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (619) 557-7366
DATE: 3/12/08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted.)
Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk: C. Brunso for JS | Date: 4/14/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 4/28/08   Time: 1:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45 | | | $45 | | | |

REMARKS:

Defendant vehicles returned to claimant 4/28/08.

*[stamp, upside down: 2008 APR 14 A 11:26 RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA]*

PRIOR EDITIONS MAY BE USED   SEND ORIGINAL + 2 COPIES to USMS.   FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt